IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| KALAIAH JEFFERSON, | |
| Plaintiff, | CIVIL ACTION NO.: 5:23-cv-103 |
| v. | |
| CREDIT BUREAU ASSOCIATES d/b/a Merchants & Medical, | |
| Defendant. | |

**O R D E R**

Plaintiff filed her Complaint on November 14, 2023.  Doc. 1.  On this same date, the Court issued its standard Rule 26 Instruction Order.  Doc. 4.  Counsel for Defendant signed a waiver of service on December 21, 2023, and entered an appearance on this same date.  Doc. 8; see also dkt. entry dated Dec. 21, 2023 (showing Defendant's counsel added).

Federal Rule of Civil Procedure 26(f) requires the parties to meet and confer at the initiation of a lawsuit.  Rule 26 requires the parties to discuss a number of things, including the prospects for resolving a case, initial discovery disclosures, and a proposed discovery plan.  The attorneys of record are "jointly responsible" for scheduling and attending the conference.  Fed. R. Civ. P. 26(f)(2).  Further, under Local Rule 26.1(a) of this Court, the parties must hold the Rule 26(f) conference by the earlier of 60 days after any defendant has been served with the complaint or 45 days after any defendant has appeared.  Within 14 days of that conference, the parties are to file a report with the Court.  Local R. 26.1(b); Doc. 4.  Despite these guidelines and instructions from the Court, the parties have not filed their Rule 26(f) report.[1]

---

[1] Defendant filed a motion to dismiss, doc. 20, but the mere filing of such a motion does not stay the parties' obligations under Rule 26.

Accordingly, the Court **ORDERS** the parties to confer under Rule 26(f) within seven days of this Order and submit a Rule 26(f) report within seven days of their Rule 26(f) conference.  The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.

**SO ORDERED**, this 27th day of March, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA