AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KALAIAH JEFFERSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:23-CV-103

CREDIT BUREAU ASSOCIATES d/b/a Merchants & Medical,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered October 24, 2024, Defendant's motion to dismiss is granted, and Plaintiff's amended complaint is dismissed with prejudice. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 24, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk